IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AZEEMULLAH and MOHAMMAD MOOSA,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>Respondents. | Civil Action No. 06-1686 (CKK)<br><br>**ENTRY OF APPEARANCE** |

Please take notice that undersigned counsel enters his appearance on behalf of the Petitioners.

CERTIFICATE OF SERVICE: This document is being filed via the CM/ECF system which will serve all counsel of record.

Dated: November 10, 2006

Respectfully submitted,

/s/ C. Brian Meadors
C. Brian Meadors, DC Bar # 466899
PRYOR, ROBERTSON & BARRY, PLLC
315 North 7th Street; P.O. Drawer 848
Fort Smith, AR 72902-0848
(479) 782-8813 / (479) 785-0254 (fax)
cbmeadors@prblaw.com