## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AZEEMULLAH and<br>MOHAMMAD MOOSA (his next friend), | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 06-1686 (CKK) |
| GEORGE W. BUSH, et al.,<br>Respondents. | ) ) ) ) | **PLAINTIFF'S RESPONSE TO<br>THE GOV'T'S MOTION TO<br>DISMISS** |

The Government's motion to dismiss is moot as to these Petitioners. According the Government, Azeemullah has been released from GTMO. *See* attachment.

WHEREFORE, the Government's motion to dismiss is moot.

CERTIFICATE OF SERVICE: This document is being filed via the CM/ECF system which will serve all counsel of record.

Dated: April 30, 2007

Respectfully submitted,

  /s/ C. Brian Meadors
C. Brian Meadors, DC Bar # 466899
PRYOR, ROBERTSON, BEASLEY,
    SMITH & KARBER, PLLC
315 North 7th Street; P.O. Drawer 848
Fort Smith, AR 72902-0848
(479) 782-8813 / (479) 785-0254 (fax)
cbmeadors@prblaw.com

| | |
|---|---|
| **From:** | "Jessica Baen" <JBaen@ccr-ny org> |
| **To:** | <cbmeadors@prblaw com> |
| **Date:** | 4/30/2007 10:07:19 AM |
| **Subject:** | FW: GTMO Transfer -- Azeemullah v  Bush (06-1686) |

Redacted - Att'y Client/ Privileged/Work Product

-----Original Message-----
From: "Warden, Andrew (CIV)" <Andrew Warden@usdoj gov>
Date: Thu, 26 Apr 2007 18:42:53
To:"Gitanjali Gutierrez" <ggutierrez@ccr-ny org>, <wdixon@ccr-ny org>
Subject: GTMO Transfer -- Azeemullah v  Bush (06-1686)

Gita & Wells:

I am writing to inform you that petitioner Azemullah (ISN 1050) (case
no. 06-1686-CKK) has been released from United States' custody and
transferred to the control of the government of Afghanistan.  See
http://www.defenselink mil/releases/release.aspx?releaseid=10788

Best regards,

Andrew

Andrew I. Warden
Trial Attorney

U.S Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave , NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084
Fax: 202 616.8470