IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AZEMULLAH, *et al.*,  )<br>　)<br>　　Petitioners,　)<br>　)<br>　v.　)<br>　)<br>GEORGE W. BUSH, *et al.*,　)<br>　)<br>　　Respondents.　)<br>　) | Civil Action No. 06-CV-1686 (CKK) |

## **RESPONDENTS' REPLY IN SUPPORT OF MOTION TO DISMISS**

Respondents hereby submit this reply in support of their motion to dismiss the above-captioned case.

Petitioner's response memorandum incorrectly argues that respondents' motion to dismiss is moot because petitioner Azemullah (ISN 1050) has been released from United States custody. *See* Petitioner's Response (dkt. no. 11). To be sure, the United States has relinquished custody of petitioner and transferred him to the control of the Government of Afghanistan. *See* Notice Of Transfer Of Petitioner (dkt. No. 12). However, the proceedings in this case remain open and the case has not been dismissed by order of the Court. Petitioner's response memorandum appears to concede that this case is moot now that petitioner has been released from Untied States custody. Accordingly, and for reasons stated in respondents' motion to dismiss, the Court should dismiss this case. *See, e.g.*, *Ghalib v. Bush*, 05-CV-1238 (CKK) (dkt. no. 43) (order dismissing case in light of transfer of Guantanamo Bay detainee from United States custody to Afghanistan).


Dated: May 8, 2007                    Respectfully submitted,

                                          PETER D. KEISLER
                                        Assistant Attorney General

                                        DOUGLAS N. LETTER
                                        Terrorism Litigation Counsel


                                          /s/ *Andrew I. Warden*
                                        JOSEPH H. HUNT (D.C. Bar No. 431134)
                                        VINCENT M. GARVEY (D.C. Bar No. 127191)
                                        JUDRY L. SUBAR (D.C. Bar 347518)
                                        TERRY M. HENRY
                                        JEAN LIN
                                        JAMES J. SCHWARTZ
                                        ROBERT J. KATERBERG
                                        NICHOLAS J. PATTERSON
                                        ANDREW I. WARDEN (IN Bar No. 23840-49)
                                        EDWARD H. WHITE
                                        NICHOLAS A. OLDHAM
                                        JAMES C. LUH
                                        Attorneys
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        20 Massachusetts Ave., N.W.
                                        Washington, DC  20530
                                        Tel:  (202) 514-4107
                                        Fax:  (202) 616-8470

                                        Attorneys for Respondents