UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AZEEMULLAH, *et al.*<br><br>    Petitioners,<br><br>    v.<br><br>GEORGE W. BUSH, President of the United States, *et al.*,<br><br>    Respondents. | Civil Action No. 06-1686 (CKK) |

**ORDER**
(October 1, 2007)

On May 2, 2007, Respondents provided the Court with Notice that the United States has relinquished custody of Petitioner and transferred him to the control of the Government of Afghanistan. Thereafter, Petitioner acknowledged that Respondent's pending motion to dismiss this action was moot as a result of Petitioner's release from United States custody. Accordingly, it is this 1st day of October, 2007, hereby

**ORDERED** Respondents' [10] Motion to Dismiss is DISMISSED AS MOOT; it is further

**ORDERED** that the instant case is DISMISSED in its entirety.

**SO ORDERED**.

                                    /s/
                                    COLLEEN KOLLAR-KOTELLY
                                    United States District Judge